# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALI AL SHAABAN, )<br>)<br>*Petitioner/Plaintiff*, )<br>)<br>v. )<br>)<br>BARACK OBAMA, , et al., )<br>)<br>*Respondents/Defendants*. )<br>_____ ) | Civ. No. 05-892 (CKK) |

## MEET AND CONFER STATEMENT

Petitioner Ali Al Shaaban respectfully submits this meet and confer statement regarding Petitioner's Status Report of October 30, 2009.

Pursuant to LCvR 7(m), undersigned counsel spoke on the phone today with Respondents' counsel, Mary Carney. Respondents stated they do not oppose Petitioner's proposal for a sixty-day stay. Respondents had no further update on the IART process for Petitioner. Counsel will also, as previously stated in the Status Report, be seeking other counsel for Mr. al Shaaban forthwith (as Reprieve's staff of cleared counsel will, by the end of this month, have halved.)

Dated: Nov 3, 2009

Respectfully submitted,

*/s/ Cori Crider*

Clive Stafford Smith (LA Bar No. 14444)
Cori Crider (Member NY Bar)
Ahmed Ghappour (CA Bar No. 255723)

REPRIEVE
PO Box 52742
London EC4P 4WS
United Kingdom
011 44 207 353 4640 (ph)
011 44 207 353 4641 (fax)

clivess@mac.com
cori@reprieve.org.uk
ahmed@reprieve.org.uk

**CERTIFICATE OF SERVICE**

I hereby certify that on Nov. 3, 2009, I served the foregoing meet and confer statement on opposing counsel by filing the Motion via ECF.

*/s/ Cori Crider*

Clive Stafford Smith (LA Bar No. 14444)
Cori Crider (Member NY Bar)
Ahmed Ghappour (CA Bar No. 255723)

REPRIEVE
PO Box 52742
London EC4P 4WS
United Kingdom
011 44 207 353 4640 (ph)
011 44 207 353 4641 (fax)
clivess@mac.com
cori@reprieve.org.uk
ahmed@reprieve.org.uk