## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____ )
                                   )
**ALI AL SHAABAN (ISN 372),**      )
                                   )
    Petitioner/Plaintiff,          )
                                   )
v.                                 )    Civil Action No. 05-892 (CKK)
                                   )
**BARACK OBAMA,** *et al.***,**    )
                                   )
    Respondents/Defendants.        )
_____ )

## MOTION FOR EXTENSION OF TIME

COMES NOW, ALI AL SHAABAN, Petitioner in this case, and files this motion for extension of time to file the joint status report required by the Court order dated January 5, 2010.  In support of this motion, Petitioner states the following:

1. On January 4, 2010, Petitioner electronically filed a status report on the public docket requesting that his case be stayed for an additional sixty (60) days.

2. The Court granted Petitioner's request, and on January 5, 2010, entered the following minute order:

> Pursuant to this Court's November 3, 2009 Order, Petitioner has filed a 198 Status Report requesting that the stay previously issued in this case remain in effect. Respondents do not oppose this request. Accordingly, upon consideration of the parties' positions, the Court hereby orders that this case shall remain STAYED pending further Court order. The Protective Order in place in this action shall remain in force during the stay. Petitioner shall file a Status Report, on or before March 5, 2010, advising the Court as to the current status of this matter. If Petitioner requests that the stay in this case continue, he shall indicate the reasons for such request and whether the Government agrees to that request. Alternatively, if Petitioner indicates the stay should be lifted, the Petitioner shall consult with the Government and shall include a jointly-proposed schedule for proceeding in this matter.

3. Petitioner's counsel is based in London.  At times, it proves difficult to find local counsel who is able to file documents that must be submitted under seal.  Such is the nature of the further status report that will be filed with the Court.  Counsel was unable to locate local counsel to file the under seal joint status report by the March 5, 2010 deadline.

4. Petitioner's counsel will be travelling to Washington, DC the week of March 8, 2010 and will be able to file the status report with the Court at that time.

5. As such, counsel requests a brief, one-day extension of time, up to and including Monday, March 8, 2010, in order to file the Joint Status Report, which will be filed under seal.

6. Counsel contacted counsel for Respondents concerning this motion.  Unfortunately, counsel was unable to obtain Respondents counsels' official position on this motion prior to filing.  However, due to the joint nature of the to-be-filed status report, counsel does not believe that Respondents counsel would oppose this motion.

Dated: March 5, 2010

Respectfully submitted,

_____
Tara Murray
Reprieve
PO Box 52742
London EC4P 4WS
United Kingdom
011 44 207 353 4640 (ph)
011 44 207 353 4641 (fax)
tara.murray@reprieve.org.uk

*Counsel for Petitioner*

**Certificate of Service**

I hereby certify that I caused a copy of this document to be served on counsel for Respondents, Mary Carney, on this 5th day of March, 2010 via ECF.


_____
Tara Murray

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| **ALI AL SHAABAN (ISN 372),** | ) |
| | ) |
| Petitioner/Plaintiff, | ) |
| | ) |
| v. | )       Civil Action No. 05-892 (CKK) |
| | ) |
| **BARACK OBAMA, *et al.*,** | ) |
| | ) |
| Respondents/Defendants. | ) |
| _____ | ) |

## [PROPOSED] ORDER

Upon consideration of this Motion for Extension of Time, it is hereby:

**ORDERED** that the request for a one-day extension of time to file Petitioner's status report be **GRANTED**; it is further

**ORDERED** that Petitioner file a status report by Monday, March 8, 2010.

**SO ORDERED.**

Signed this _____ day of March, 2010.


_____
Colleen Kollar-Kotelly
U.S. District Court Judge